# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**                                      **CASE NO.** 25-20063-HLT-TJJ

N'DARIUS SULLIVAN,

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1
**(False Statement During the Purchase of a Firearm)**
**[18 U.S.C. § 922(a)(6)]**

On or about August 30, 2024, in the District of Kansas, the defendant,

### N'DARIUS SULLIVAN,

in connection with the acquisition of a firearm, namely: a Glock, Model 22, .40 pistol,

bearing serial number CWY547US, from GT Distributors, Inc., located at 10567 Metcalf

Avenue, Overland Park, Kansas, a federally licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

fictitious written statement to GT Distributors, Inc. which was intended to and likely to

1

deceive such a dealer with respect to a fact material to the lawfulness of the sale of such firearm, in that the defendant executed and submitted to GT Distributors, Inc. a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record a false statement, stating the defendant was not acquiring the firearm on behalf of another person, when in fact the purchase of the firearm was on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2
**(False Statement During the Purchase of a Firearm)**
**[18 U.S.C. § 922(a)(6)]**

On or about February 14, 2024, in the District of Kansas, the defendant,

## N'DARIUS SULLIVAN,

in connection with the acquisition of a firearm, namely: a Glock, Model 22 Gen 4, .40 pistol, bearing serial number BBTC845, from GT Distributors, Inc., located at 10567 Metcalf Avenue, Overland Park, Kansas, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GT Distributors, Inc. which was intended to and likely to deceive such a dealer with respect to a fact material to the lawfulness of the sale of such firearm, in that the defendant executed and submitted to GT Distributors, Inc. a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record a false statement, stating the defendant was not acquiring the firearm on behalf of another person, when in fact the purchase of the firearm was on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE NOTICE

1.      Upon conviction of one or more of the offenses set forth in Counts 1 and 2

of this Indictment, the defendant, shall forfeit to the United States pursuant

to Title 18, United States Code, Section 924(d), and Title 28, United States

Code, Section 2461(c), any firearms or ammunition involved in the

commission of the offenses, including, but not limited to:

    A.      a Glock, Model 22, .40 pistol, bearing serial number CWY547US;
    B.      Glock, Model 22 Gen 4, .40 pistol, bearing serial number BBTC845;
    C.      any ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

States Code, Section 2461(c).

A TRUE BILL.

August 27, 2025                           s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jabari B. Wamble
JABARI B. WAMBLE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: jabari.wamble@usdoj.gov
Ks. S. Ct. No. 227330

4

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Counts 1 and 2:  18 U.S.C. § 922(a)(6) – False Statements During the Purchase of a Firearm**

- Punishable by a term of imprisonment of not more than ten (10) years imprisonment. 18 U.S.C. § 841(b)(1)(B).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.